BROOKE · SHAW · ZUMPFT
T. SCOTT BROOKE, California SBN 065311
brooke@brooke-shaw.com
1590 Fourth Street, Suite 100
Minden, NV 89423
Telephone:   (775) 782-7171
Facsimile:    (775) 782-3081

Attorneys for Defendant
TAHOE SUPPLY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. OLSON, | No. 2:08-CV-1042 JAM KJM |
| Plaintiff, | |
| v. | <u>Civil Rights</u> |
| LAKESIDE AUTO PARTS, INC. etc., et al., | STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT |
| Defendants. | |

COME NOW Plaintiff HERBERT S. OLSON and Defendant TAHOE SUPPLY COMPANY, by and through their counsel, and stipulate that defendant TAHOE SUPPLY COMPANY shall have an extension up to and including 21 July 2008 to file its response to the Complaint for Injunctive Relief and Damages on file herein.

DATED:  2 July 2008

                                                BROOKE · SHAW · ZUMPFT

                                                By: /s/ T. Scott Brooke
                                                    T. SCOTT BROOKE, ESQ.
                                                    Attorneys for Defendant
                                                    TAHOE SUPPLY COMPANY

/ / / / / /

/ / / / / /

PDF created with pdfFactory trial version www.pdffactory.com

BROOKE · SHAW · ZUMPFT
POST OFFICE BOX 2860
MINDEN, NEVADA 89423
(775) 782-7171

1  DATED:                                    SINGLETON LAW GROUP

2

3                                              /s/ Jason K. Singleton
                                           By:  (Original Signature Pages submitted as Attachment)
                                              JASON K. SINGLETON, ESQ.
4                                             Attorneys for Plaintiff
                                              HERBERT S. OLSON
5

6

7  IT IS SO ORDERED:
   _____
8

9  DATED:  _July 2, 2008              /s/ John A. Mendez_____
                                      HON. JOHN A. MENDEZ
                                      UNITED STATES DISTRICT JUDGE

**BROOKE · SHAW · ZUMPFT**
POST OFFICE BOX 2860
MINDEN, NEVADA 89423
(775) 782-7171

-2-

PDF created with pdfFactory trial version www.pdffactory.com