**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX  441-1533

Attorneys for Plaintiff, HERBERT OLSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. OLSON, | Case No. 2:08-CV-1042 JAM KJM |
| Plaintiff, | REQUEST FOR APPEARANCE BY TELEPHONE and ORDER |
| v. | |
| LAKESIDE AUTO PARTS, INC., a Georgia corporation, dba LAKESIDE NAPA AUTO PARTS #2, SCOTTY'S HARDWARE, a California corporation, dba SCOTTY'S TRUE VALUE HARDWARE, TAHOE SUPPLY COMPANY, a California corporation, and DOES ONE to FIFTY, inclusive, | DATE:  September 3, 2008<br>TIME:   9:00 A.M.<br>CTRM:  6, 14th Floor |
| Defendants. | |

Plaintiff's requests that he/she/it be permitted to participate by telephone at the hearing on the Motion to Allow Plaintiff's Counsel to Withdraw From Representation set for 9:00 A.M. on September 3, 2008.

Plaintiff's counsel of record is located in Humboldt County, California.  Plaintiff's counsel seeks by this request to avoid the unnecessary burden and expense of traveling to Sacramento, California, to participate in the proceeding in person as Plaintiff's Counsel is seeking to withdraw in all the cases in which he represents Plaintiff Herbert Olson and has 4 separate hearings set on September 2, 3 and 5, 2008.  Plaintiff does not anticipate that a telephonic appearance by its counsel will inconvenience the court or prejudice any other party. Plaintiff's Counsel, Jason K. Singleton, will be available by the telephone at (707) 441-1177 for

PDF created with pdfFactory trial version www.pdffactory.com

the Court to call on September 3, 2008, at 9:00 a m. or such other time as designated by the Court.

**SINGLETON LAW GROUP**

Dated: August 12, 2008     /s/ Jason K. Singleton
Jason K. Singleton, Attorneys for Plaintiff,
**HERBERT OLSON**

**ORDER**

Pursuant to the request made by Plaintiff's Counsel, Jason K. Singleton may appear by telephone on September 3, 2008, at the Motion to Withdraw hearing.  Mr. Singleton shall be available at (707) 441-1177 to receive a call from the Court at 9:00 a m. until such time as the hearing is conducted.

IT IS SO ORDERED.

Dated:  August 12, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com