THOMAS J. FEELEY, SBN 44466
LAW OFFICES OF THOMAS J. FEELEY, P.C.
626 Wilshire Blvd., Suite 900
Los Angeles, California 90017
(213) 236-9670; Fax: (213) 627-2561

2269 James Avenue
South Lake Tahoe, CA 96150
(530) 541-8335; Fax (530) 541-8371
E-mail: tfeeley@feeleylaw.com

Attorneys for Defendant Scotty's Hardware, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HERBERT S. OLSON** | **CASE NO. CV 08-1042 JAM KJM** |
| Plaintiff, | **DEFENDANT SCOTTY'S HARDWARE, INC.'S REQUEST FOR APPEARANCE BY TELEPHONE; ORDER** |
| vs. | |
| **LAKESIDE AUTO PARTS, INC.**, a Georgia Corporation, dba **LAKESIDE NAPA AUTO PARTS #2**, **SCOTTY'S HARDWARE**, a California Corporation, dba **SCOTTY'S TRUE VALUE HARDWARE, TAHOE SUPPLY COMPANY**, a California Corporation, and DOES 1 - 50, Inclusive; | DATE:   September 3, 2008<br>TIME:    9:00 a.m.<br>CRTRM:  6 |
| Defendants. | |
| **SCOTTY'S HARDWARE, INC.**, | |
| Third Party Plaintiff | |
| vs. | |
| **JERRY** and **ANN JOHNSON**, and DOES 51 - 60, inclusive, | |
| Third Party Defendants | |

/ / /

/ / /

1

**DEFENDANT'S REQUEST FOR APPEARANCE BY TELEPHONE; ORDER**

Defendant Scotty's Hardware, Inc., requests a telephonic appearance to attend the hearing regarding the Motion to Allow Plaintiff's Counsel to Withdraw From Representation that is scheduled for September 3, 2008 at 9:00 a.m.

The court has already granted Plaintiff's request for a telephonic appearance. Defendant's counsel Thomas J. Feeley will be available by telephone at (213) 236-9670 for the court to call on September 3, 2008 at 9:00 a.m.

DATED: August ___, 2008        **LAW OFFICES OF THOMAS J. FEELEY, P.C.**

**By:**
_____       **THOMAS J. FEELEY,
Attorney for Defendant and Third Party
Plaintiff SCOTTY'S HARDWARE, INC.**

### ORDER

Pursuant to the request made by Defendant's counsel Thomas J. Feeley may appear by telephone on September 3, 2008, at the Motion to Withdraw hearing. Thomas J. Feeley shall be available at (213) 236-9670 for the court to contact him at 9:00 a.m.

DATED:  8/15/2008

_____       /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE