1  CATHERINE M. CORFEE, SBN 155064
   ZACHARY M. BEST, SBN 166035
2  CORFEE STONE & ASSOCIATES
   5441 Fair Oaks Blvd., Suite B-1
3  Carmichael, CA 95608
   Telephone:  (916) 487-5441
4  Facsimile:  (916) 487-5440

5

   ATTORNEYS FOR DEFENDANT
6  Tahoe Supply Company, Inc.

7
                    UNITED STATED DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10

11  HERBERT S. OLSON                 )   Case No.: 2:08-CV-1042 JAM KJM
                                     )
12            Plaintiff              )   **DEFENDANT'S REQUEST FOR**
         vs.                         )   **APPEARANCE BY TELEPHONE and**
13                                   )   **ORDER**
    LAKESIDE AUTO PARTS, INC., et al )
14                                   )   **Date: September 3, 2008**
                                     )   **Time: 9:00 A.M.**
15            Defendants.            )   **Room: 6, 14th Floor**
                                     )
16                                   )
    SCOTTY'S HARDWARE, INC.,         )
17                                   )
              Third Party Plaintiff  )
18                                   )
                                     )
19       vs.                         )
                                     )
20                                   )
                                     )
21  JERRY AND ANN JOHNSON, and DOES  )
    51-60, inclusive                 )
22                                   )
              Third Party Defendants )
23                                   )

24

25

PDF created with pdfFactory trial version www.pdffactory.com

Defendant Tahoe Supply Company, Inc. requests a telephonic appearance to attend the hearing regarding the Motion to Allow Plaintiff's Counsel to Withdraw From Representation that is scheduled for September 3, 2008 at 9:00 A.M.

The court has already granted Plaintiff's request for a telephonic appearance. Defendant's counsel Zachary M. Best will be available by telephone at (916) 487-5441 for the court to call on September 3, 2008 at 9:00 A.M.

Dated: _____             CORFEE STONE & ASSOCIATES

By:  /s/ Zachary Best_____
ZACHARY M. BEST
Attorney for Defendant
Tahoe Supply Co., Inc.

## ORDER

Pursuant to the request made by Defendant's counsel, Zachary M. Best may appear by telephone on September 3, 2008, at the Motion to Withdraw hearing. Zachary M. Best shall be available at (916) 487-5441 for the court to contact him at 9:00A.M.

Dated: 8/15/2008

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

**DEFENDANT'S REQUEST FOR APPEARANCE BY TELEPHONE and ORDER**
C:\Documents and Settings\HVine\Desktop\08cv1042.o.815.doc
2

PDF created with pdfFactory trial version www.pdffactory.com