```
1  Tina I. Mangarpan, Esq., Bar No. 117898
   Jeet Sen, Esq., Bar No. 224248
2  FORD, WALKER, HAGGERTY & BEHAR
   One World Trade Center
3  Twenty-Seventh Floor
4  Long Beach, California  90831-2700
   e-mail:  tmangarpan@fwhb.com
5  (562) 983-2500; (562) 590-3525 Facsimile
6
7  Attorneys for Defendant, LAKESIDE AUTO PARTS, INC.
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. OLSON,<br><br>            Plaintiff,<br><br>    vs.<br><br>LAKESIDE AUTO PARTS, INC., a Georgia corporation, dba LAKESIDE NAPA AUTO PARTS #2, SCOTTY'S HARDWARE, a California corporation, dba SCOTTY'S TRUE VALUE HARDWARE, TAHOE SUPPLY COMPANY, a California corporation, and DOES ONE through FIFTY, inclusive,<br><br>            Defendants. | No. 2:08-CV-1042 JAM KJM<br><br>REQUEST FOR APPERANCE BY TELEPHONE and ORDER<br><br>Date:  September 3, 2008<br>Time:  9:00 a.m.<br>Ctrm:  6, 14th Floor |

Defendant, LAKESIDE AUTO PARTS, INC. requests a telephonic appearance to attend the hearing regarding the Motion to Allow Plaintiff's Counsel to Withdraw From Representation that is scheduled for September 3, 2008 at 9:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

1

DEFENDANT'S REQUEST FOR APPERAANCE BY TELEPHONE AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com

The court has already granted Plaintiff's and Defendant, Tahoe Supply Co., Inc.'s request for a telephonic appearance. Defendant's counsel, Jeet Sen will be available by telephone at (562) 983-2586 for the court to call on September 3, 2008 at 9:00 a.m.

Dated: August 18, 2008

                          FORD, WALKER, HAGGERTY & BEHAR

                          BY:  /S/ JEET SEN_____
                                TINA I. MANGARPAN
                                JEET SEN
                                Attorneys for Defendant,
                                LAKESIDE AUTO PARTS, INC.

## ORDER

Pursuant to the request made by Defendant, Lakeside Auto Parts, Inc.'s counsel, Jeet Sen may appear by telephone on September 3, 2008, at the Motion to Withdraw hearing. Jeet Sen will be available at (562) 983-2586 for the court to contact him at 9:00 a.m.

Dated: August 18, 2008

                          /s/ John A. Mendez_____
                          Honorable John A. Mendez
                          United States District Judge

DEFENDANT'S REQUEST FOR APPERAANCE BY TELEPHONE AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com

(PROOF OF SERVICE -- 1013, 2015.5 C.C.P.)
**OLSON v. LAKESIDE AUTO PARTS, et al.**
**USDC Eastern District Case No. 2:08-CV-1042 JAM KJM**

STATE OF CALIFORNIA           )
                              ) ss.
COUNTY OF LOS ANGELES         )

I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is: One World Trade Center, Twenty-Seventh Floor, Long Beach, California 90831-2700.

On August 18, 2008, I served the within:

REQUEST FOR APPERANCE BY TELEPHONE and (PROPOSED) ORDER

on the interested parties in said action,

**SEE ATTACHED SERVICE LIST**

 X  (BY ELECTRONIC SERVICE) I caused such document to be Electronically Served on all parties through the **United States District Court – Eastern District** for the above entitled case. This service complies with CCP § 1010.6. The file transmission was reported as complete and a copy of the "Filing Receipt" page will be maintained with the original document in our office.

___ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

___ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

___ I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on August 18, 2008, at Long Beach, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                              _____
                              Barbara A. Ezra

PDF created with pdfFactory trial version www.pdffactory.com

**OLSON v. LAKESIDE AUTO PARTS, et al.**
**USDC Eastern District Case No. 2:08-CV-1042 JAM KJM**

| | |
|---|---|
| Jason K. Singleton, Esq.<br>Richard E. Grabowski, Esq.<br>SINGLETON LAW GROUP<br>611 "L" Street, Suite A<br>Eureka, CA 95501<br>(707) 441-1177; (707) 441-1533 Fax<br>jason@singletonlawgroup.com<br>rgrabowski@mckinleyville.net<br><br>Attorneys for Plaintiff, HERBERT S. OLSON | T. Brooke Scott, Esq.<br>BROOKE SHAW ZUMPFT<br>1590 Fourth Street, Suite 100<br>Minden, NV 89423<br>(775) 782-7171; (775) 782-3081 fax<br>brooke@brooke-shaw.com<br><br>Attorneys for Defendant, TAHOE SUPPLY COMPANY, INC. |
| Catherine M. Corfee, Esq.<br>CORFEE STONE & ASSOCIATES<br>5441 Fair Oaks Blvd., Suite B-1<br>Carmichael, CA 95608<br>(916) 487-5441; (916) 487-5440 Fax<br>legalassistant@corfeestone.com<br><br>Co-Counsel for Defendant, TAHOE SUPPLY COMPANY, INC. | |

4

DEFENDANT'S REQUEST FOR APPERAANCE BY TELEPHONE AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com