**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, HERBERT S. OLSON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. OLSON,<br><br>    Plaintiff,<br>v.<br>LAKESIDE AUTO PARTS, INC., a Georgia corporation, dba LAKESIDE NAPA AUTO PARTS #2, SCOTTY'S HARDWARE, a California corporation, dba SCOTTY'S TRUE VALUE HARDWARE, TAHOE SUPPLY COMPANY, a California corporation,<br><br>    Defendants. | Case No. 2:08-CV-1042 JAM KJM<br><br>ORDER GRANTING WITHDRAWAL OF JASON K. SINGLETON AS ATTORNEY OF RECORD |

The Motion of Plaintiff's Counsel, Jason K. Singleton, to withdraw as attorney of record and the substitution of Plaintiff in his place and stead, in pro per, having come on regularly for hearing, the Court hereby orders:

Jason K. Singleton is hereby relieved as attorney of record for Plaintiff;

Plaintiff  HERBERT S. OLSON shall act as his own attorney, in pro per, until such time as he finds suitable counsel to represent him.  All further correspondence shall be served on Plaintiff HERBERT S. OLSON as follows:     P. O. Box 815, Fallon, NV 89406
                                                                                                  Telephone number:  (775) 423-6163

Dated: September 4, 2008                          /s/ John A. Mendez_____
                                                                  HON. JOHN A. MENDEZ
                                                                  UNITED STATES DISTRICT JUDGE

ORDER GRANTING WITHDRAWAL OF ATTORNEY     1                                   2:08-CV-1042 JAM KJM